**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _9 / 29 / 09_



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| TOLOYNE LEMELLE | CIVIL ACTION 08-00042 |
| VERSUS | JUDGE HAIK |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of objections, it is hereby held that the Report and Recommendation of the Magistrate Judge is correct and the findings and conclusions therein are adopted by this Court as its own.

Accordingly, the Commissioner's decision is **REVERSED** and the plaintiff is hereby awarded disability benefits consistent with the onset date of January 25, 2005.

**THUS DONE** and **SIGNED** on this the 29th day of September, 2009.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT